**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PUBLIX SUPER MARKETS, INC.,
et al.,

    Plaintiffs,

v.                                  CASE NO.:  3:09cv8/MCR/MD

UNIVERSITY DIRECTORIES, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

        The Court has been informed that the parties have reached a settlement of this matter. (See doc. 15). Therefore, the above-entitled action is **DISMISSED** from the active docket of the Court. In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within sixty (60) days of the date of this Order, to amend or vacate and set aside this Order of Dismissal and reinstate this case. At this time, the Clerk is directed to close the file in this case for administrative purposes, and upon the expiration of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

        **ORDERED** on this 19th day of March, 2009.

                                                            s/ *M. Casey Rodgers*
                                                     **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**