**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

PUBLIX SUPER MARKETS, INC., et al.,

    Plaintiffs,

v.                                      CASE NO: 3:09cv8/MCR/MD

UNIVERSITY DIRECTORIES, LLC,
a North Carolina limited liability company,

    Defendant.
_____/

## AMENDED ORDER OF DISMISSAL

    Before the Court is the parties' Agreed Motion for Final Order and Dismissal with Prejudice. The Court has reviewed the motion and is fully advised. Accordingly, it is ORDERED, ADJUDGED, and DECREED as follows:

    1.    This case concerns claims by Plaintiffs PUBLIX SUPER MARKETS INC., and PUBLIX ASSET MANAGEMENT COMPANY (collectively "Publix") against Defendant UNIVERSITY DIRECTORIES, LLC ("UDL"). Since the filing of this action, Publix and UDL have conferred regarding the issues in the case and have entered into an 11-page (with exhibits) confidential settlement agreement that UDL signed on March 23, 2009, that Publix signed on March 25, 2009, and that is intended to resolve this matter.

    2.    Publix and UDL have requested that, to dispose of this action and to assure compliance with the confidential settlement agreement, the Court enter an Order directing the parties to comply with the agreement and dismissing this action with prejudice.

    3.    Publix and UDL are directed to comply with the confidential settlement agreement.

   4. This case is dismissed with prejudice.  The Clerk is directed to close this case.

  **DONE AND ORDERED** this 2nd day of April, 2009.


         *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**